IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS BEELER | : | |
| | : | CIVIL ACTION NO. 02-CV-3974 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____       _____
Hope S. Freiwald      Aline Fairweather


_____       _____
Alison T. Conn      Kirstin J. Miller


Dated: August 14, 2002      DECHERT PRICE & RHOADS
     4000 Bell Atlantic Tower
     1717 Arch Street
     Philadelphia, PA  19103-2793
     (215) 994-4000